THE ESPLANADE LEASING CO., INC., Appellant, v. WEST END AVENUE & 75TH STREET CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ADAMSKI and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, v. THEODORE R. SPIRO, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HESS-WAYNE, INC., and Another, Appellants, v. J. H. GOLDBLATT, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BARNEY ROSSI, as Administrator, etc., of EVELYN ROSSI, Deceased, Respondent, v. SOLOMON DAUM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM HUGHES, Respondent, v. UNDERWOOD TYPEWRITER COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM W. HALL and Another, as Sole Surviving Trustees, etc., of THOMAS R. A. HALL, Deceased.— Decree affirmed, with costs to all parties appearing by separate counsel and filing separate briefs herein payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EDA CARTER NYREL, Respondent, v. HARRY SHWITZER and Another, Appellants. — Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS COLLADO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ANTONIO BRIGANTE, as Administrator, etc., of MARGARET BRIGANTE, Deceased, Appellant, v. CARL ROCCO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of EDGAR O. ARONSTEIN, Deceased.— Orders affirmed, with costs, on the authority of *Matter of Hecht* and *Matter of Simonson*. [*Ante*, p. 656.] Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BEATRICE DORFMAN and Another, Appellants, v. CHARLES AMOS ROBINSON, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.